# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Citizens Insurance Company of America, et al.

                                        Plaintiff,

v.                                                                    Case No.: 1:20−cv−05980

                                                                               Honorable John F. Kness

Thermoflex Waukegan, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2025:

      MINUTE entry before the Honorable John F. Kness: For the reasons provided in the accompanying Memorandum Opinion and Order, which is being entered separately, the motions (Dkt. 85, 86) of Plaintiffs Citizens Insurance Company of America and Hanover Insurance Company for reconsideration and for partial summary judgment are granted. As set forth in the final judgment order being entered separately, the Court declares that Citizens Insurance Company of America and Hanover Insurance Company have no duty to defend or indemnify Thermoflex Waukegan, LLC in the underlying Gregory Gates class action lawsuit. Moreover, judgment is entered in favor of Plaintiffs on Thermoflex Waukegan, LLC's counterclaims for declaratory relief and breach of contract. Enter final judgment order. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.