IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY of AMERICA, and HANOVER INSURANCE COMPANY, | No. 20-cv-05980 |
| Plaintiffs and Counter Defendants, | Judge John F. Kness |
| v. | |
| THERMOFLEX WAUKEGAN, LLC, | |
| Defendant and Counter Plaintiff, | |
| v. | |
| GREGORY GATES, | |
| Defendant. | |

**FINAL JUDGMENT ORDER**

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that judgment is entered in favor of Plaintiffs Citizens Insurance Company of America and Hanover Insurance Company, and against Defendants Thermoflex Waukegan, LLC and Gregory Gates, on Plaintiffs' claim for declaratory judgment. The Court declares that Citizens Insurance Company of America and Hanover Insurance Company have no duty to defend or indemnify Thermoflex Waukegan, LLC in the underlying Gregory Gates class action lawsuit.

2

IT IS FURTHER ORDERED, DECREED, AND ADJUDGED that judgment is entered in favor of Plaintiffs on Thermoflex Waukegan, LLC's counterclaims for declaratory relief and breach of contract.

SO ORDERED in No. 20-cv-05980.

Date: September 29, 2025

_____
JOHN F. KNESS
United States District Judge